WILLIAM A. BOUTWELL, Appellant, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

(Submitted December 7, 1908; decided December 18, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 323.)